# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 24-1054                                September Term, 2023

EPA-89FR16820

Filed On: March 8, 2024 [2044041]

State of Texas, et al.,

        Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, United
States Environmental Protection Agency,

        Respondents

## **N O T I C E**

    This case was docketed on March 8, 2024. The Environmental Protection Agency is hereby notified that the attached is a true copy of the petition for review, which was filed on March 8, 2024, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

    The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondents.

                                                        **FOR THE COURT:**
                                                        Mark J. Langer, Clerk

                                    BY:    /s/
                                                       Erica M. Thorner
                                                       Deputy Clerk

Attachment:
        Certified Copy of Petition for Review