# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 24-1054                          September Term, 2023

EPA-89FR16820

Filed On: March 8, 2024 [2044044]

State of Texas, et al.,

         Petitioners

     v.

Environmental Protection Agency and
Michael S. Regan, Administrator, United
States Environmental Protection Agency,

         Respondents

## O R D E R

The petition for review in this case was filed and docketed on March 8, 2024, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 8, 2024 |
| Docketing Statement Form | April 8, 2024 |
| Procedural Motions, if any | April 8, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | April 8, 2024 |
| Statement of Issues to be Raised | April 8, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | April 8, 2024 |
| Dispositive Motions, if any | April 22, 2024 |

It is

**FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

| | |
|---|---|
| Entry of Appearance Form | April 8, 2024 |
| Procedural Motions, if any | April 8, 2024 |
| Certified Index to the Record | April 22, 2024 |
| Dispositive Motions, if any | April 22, 2024 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Erica M. Thorner
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form
Entry of Appearance Form
Request to Enter Appellate Mediation Program
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases