# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 24-1054     2. DATE DOCKETED: 03-08-2024
3. CASE NAME (lead parties only): State of Texas, et al. v. U.S. Environmental Protection Agency
4. TYPE OF CASE: ☒ Review ☐ Appeal ☐ Enforcement ☐ Complaint ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: U.S. Environmental Protection Agency
   b. Give agency docket or order number(s): 89 Fed. Reg. 16,820; EPA-HQ-OAR-2021-0317
   c. Give date(s) of order(s): 03/08/2024
   d. Has a request for rehearing or reconsideration been filed at the agency? ☐ Yes ☒ No
      If so, when was it filled?      By whom?
      Has the agency acted? ☐ Yes ☐ No   If so, when?
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      See attachment.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☒ Yes ☐ No If YES, identify case name(s), docket number(s), and court(s)
      See attachment.
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☒ Yes ☐ No If YES, give case name(s) and number(s) of these cases and identify court/agency:
      See attachment.
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes ☒ No If YES, provide program name and participation dates.

Signature /s/ John Hulme     Date 04-08-2024
Name of Counsel for Appellant/Petitioner John Hulme, Assistant Attorney General
Address Office of the Attorney General of Texas, P.O. Box 12548, MC-066, Austin, Texas 78711-2548
E-Mail john.hulme@oag.texas.gov     Phone (512) 463-2012     Fax (512) 320-0911

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

# ATTACHMENT TO AGENCY DOCKETING STATEMENT
*State of Texas, et al. v. EPA, et al.*
Case No. 24-1054

**Response to Question 6(e)**

Petitioners the State of Texas, Railroad Commission of Texas, and the Texas Commission on Environmental Quality (collectively, Texas) have standing for multiple reasons. The final rule will harm Texas by forcing it to expend significant resources to enact existing source standards that are not authorized by law. Furthermore, by forcing federal guidelines upon the States, the final rule deprives Texas of the ability to establish its own emission standards that reflect Texas's priorities. Finally, the final rule will injure businesses and citizens of Texas by imposing an unnecessary economic hardship on them for an uncertain or negligible benefit.

**Response to Question 6(f)**

The following cases involving the same agency order are currently pending before this Court and have been consolidated into Case No. 24-1054:

*State of Oklahoma, et al. v. EPA, et al.*, No. 24-1059

**Response to Question 6(g)**

The following consolidated cases currently pending before this Court involve challenges to previous iterations of the standards that the Environmental Protection Agency have promulgated under the rule that the instant petition for review challenges:

*American Petroleum Institute v. EPA*, No. 13-1108 (Lead)
*American Petroleum Institute v. EPA*, No. 13-1289
*Gas Processors Association v. EPA*, No. 13-1290
*Texas Oil & Gas Association v. EPA*, No. 13-1292
*Independent Petroleum Association of America v. EPA*, No. 13-1293
*Western Energy Alliance v. EPA*, No. 13-1294

*Independent Petroleum Association of America v. EPA*, No. 15-1040
*Gas Processors Association v. EPA*, No. 15-1041
*Texas Oil & Gas Association v. EPA*, No. 15-1042
*Western Energy Alliance v. EPA*, No. 15-1043
*American Petroleum Institute v. EPA*, No. 15-1044
*State of North Dakota v. EPA*, No. 16-1242
*State of Texas, et al. v. EPA*, No. 16-1257
*Independent Petroleum Association of America v. EPA*, No. 16-1262
*Interstate Natural Gas Association of America v. EPA*, No. 16-1263
*State of West Virginia, et al. v. EPA*, No. 16-1264
*Western Energy Alliance v. EPA*, No. 16-1266
*GPA Midstream Association v. EPA*, No. 16-1267
*Texas Oil and Gas Association v. EPA*, No. 16-1269
*American Petroleum Institute v. EPA*, No. 16-1270

# CERTIFICATE OF SERVICE

I hereby certify, pursuant to Fed. R. App. 25(c), that on April 8, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

*/s/ John R. Hulme*
JOHN R. HULME