# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| STATE OF TEXAS, RAILROAD COMMISSION OF TEXAS, and TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, | § § § § § | |
| *Petitioners,* | § § | |
| v. | § § | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency, | § § § § § § § § § | No. 24-1054 |
| *Respondents.* | § § | |

## PETITIONERS' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rules 15(c)(3) and 28(a)(1) and this Court's order dated March 8, 2024, Petitioners the State of Texas, Railroad Commission of Texas, and the Texas Commission on Environmental Quality (collectively, Texas) respectfully submit the following Certificate of Parties, Rulings, and Related Cases.

## I. Parties and *Amici*

The State of Texas, Railroad Commission of Texas, and Texas Commission on Environmental Quality are the petitioners in this case (No. 24-1054). In addition to Texas, the following are petitioners in the consolidated petition for review: States of Oklahoma, West Virginia, Arkansas, Alabama, Alaska, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Ohio, South Carolina, Tennessee, Utah, and Wyoming, the Commonwealths of Kentucky and Virginia, and the Arizona Legislature (No. 24-1059).

Respondents in this case are the United States Environmental Protection Agency (EPA) and Michael S. Regan, in his official capacity as Administrator of the EPA.

A coalition of non-governmental organizations have moved for intervention on behalf of the Respondents. This coalition includes the Clean Air Council, Center for Biological Diversity, Dakota Resource Council, Earthworks, Environmental Defense Fund, Environmental Law & Policy Center, Food & Water Watch, Fort Berthold Protectors of Water

and Earth Rights, GreenLatinos, Natural Resources Defense Council, and Sierra Club.

A coalition of States have also moved for intervention on behalf of the Respondents. This coalition includes the States of California, Colorado, Connecticut, Delaware, Illinois, Maryland, Maine, Michigan, New Jersey, New Mexico, New York, Oregon, North Carolina, Rhode Island, Vermont, Washington, and Wisconsin, the Commonwealths of Massachusetts and Pennsylvania, and the District of Columbia.

Texas is not aware of any amici in this matter.

## II. Ruling Under Review

"Standards of Performance for New, Reconstructed, and Modified Sources and Emissions Guidelines for Existing Sources: Oil and Natural Gas Sector Climate Review," 89 Fed. Reg. 16,820 (Mar. 8, 2024).

## III. Related Cases

This case has not been before this Court or any other court. Texas is aware of numerous related cases challenging previous iterations of the action being challenged here. The designated lead case for those related cases is *American Petroleum Institute, et al. v. EPA* (No. 13-1108). The cases consolidated with that case are *American Petroleum Institute v.*

*EPA* (No. 13-1289), *Gas Processors Association v. EPA* (No. 13-1290), *Texas Oil and Gas Association v. EPA* (No. 13-1292), *Independent Petroleum Association of America v. EPA* (No. 13-1293), *Western Energy Alliance v. EPA* (No. 13-1294), *Independent Petroleum Association of America v. EPA* (No. 15-1040), *Gas Processors Association v. EPA* (No. 15-1041), *Texas Oil and Gas Association v. EPA* (No. 15-1042), *Western Energy Alliance v. EPA* (No. 15-1043), *American Petroleum Institute v. EPA* (No. 15-1044), *State of North Dakota v. EPA* (No. 16-1242), *State of Texas, et al. v. EPA* (No. 16-1257), *Independent Petroleum Association of America, et al. v. EPA* (No. 16-1262), *Interstate Natural Gas Association of America v. EPA* (No. 16-1263), *State of West Virginia, et al. v. EPA* (No. 16-1264), *Western Energy Alliance v. EPA* (No. 16-1266), *GPA Midstream Association v. EPA* (No. 16-1267), *Texas Oil and Gas Association v. EPA* (No. 16-1269), and *American Petroleum Institute v. EPA* (No. 16-1270).

Texas is not aware of any other related cases currently pending in this Court other than the case mentioned in Section I, above, which has been consolidated with this case.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

*/s/ John R. Hulme*
JOHN R. HULME
Assistant Attorney General
D.C. Circuit Bar No. 61943
John.Hulme@oag.texas.gov

WESLEY S. WILLIAMS
Assistant Attorney General
D.C. Circuit Bar No. 63716
Wesley.Williams@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012 | Fax: (512) 320-0911

*Counsel for Petitioners the State of Texas, Railroad Commission of Texas, and the Texas Commission on Environmental Quality*

# CERTIFICATE OF SERVICE

I hereby certify, pursuant to Fed. R. App. 25(c), that on April 8, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

*/s/ John R. Hulme*
JOHN R. HULME