# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| STATE OF TEXAS, RAILROAD COMMISSION OF TEXAS, and TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, | § § § § § | |
| *Petitioners,* | § § | |
| v. | § § | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency, | § § § § § § § § § | No. 24-1054 |
| *Respondents.* | § § | |

## STATEMENT OF INTENT TO
## UTILIZE DEFERRED JOINT APPENDIX

Petitioners the State of Texas, Railroad Commission of Texas, and Texas Commission on Environmental Quality intend to use a deferred joint appendix pursuant to Federal Rule of Appellate Procedure 30(c), and Circuit Rule 30(c).

DATE:   April 8, 2024          Respectfully submitted,

                               KEN PAXTON
                               Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

*/s/ John R. Hulme*
JOHN R. HULME
Assistant Attorney General
D.C. Circuit Bar No. 61943
John.Hulme@oag.texas.gov

WESLEY S. WILLIAMS
Assistant Attorney General
D.C. Circuit Bar No. 63716
Wesley.Williams@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012 | Fax: (512) 320-0911

*Counsel for Petitioners the State of Texas, Railroad Commission of Texas, and the Texas Commission on Environmental Quality*

# CERTIFICATE OF SERVICE

I hereby certify, pursuant to Fed. R. App. 25(c), that on April 8, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

*/s/ John R. Hulme*
JOHN R. HULME