# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF OKLAHOMA,<br>STATE OF WEST VIRGINIA,<br>STATE OF ARKANSAS,<br>STATE OF ALABAMA,<br>STATE OF ALASKA,<br>STATE OF FLORIDA,<br>STATE OF GEORGIA,<br>STATE OF IDAHO,<br>STATE OF INDIANA,<br>STATE OF IOWA,<br>STATE OF KANSAS,<br>COMMONWEALTH OF KENTUCKY,<br>STATE OF LOUISIANA,<br>STATE OF MISSISSIPPI,<br>STATE OF MISSOURI,<br>STATE OF MONTANA,<br>STATE OF NEBRASKA,<br>STATE OF NORTH DAKOTA,<br>STATE OF OHIO,<br>STATE OF SOUTH CAROLINA,<br>STATE OF TENNESSEE,<br>STATE OF UTAH,<br>COMMONWEALTH OF VIRGINIA,<br>STATE OF WYOMING,<br>and<br>the ARIZONA LEGISLATURE,<br><br>                Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency, | No. 24-1059 |

|  | Respondents. |  |
|---|---|---|

**PETITIONERS' NONBINDING STATEMENT OF ISSUES**

In accordance with this Court's Order issued on March 15, 2024, Petitioners the States of Oklahoma, West Virginia, Arkansas, Alabama, Alaska, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Ohio, South Carolina, Tennessee, Utah, Virginia, Wyoming, and the Arizona Legislature (the "Petitioners") challenge the legality of the United States Environmental Protection Agency's ("EPA") rulemaking entitled, "Standards of Performance for New, Reconstructed, and Modified Sources and Emissions Guidelines for Existing Sources: Oil and Natural Gas Sector Climate Review," published at 89 Fed. Reg. 16,820 (Mar. 8, 2024) (the "Final Rule"), and respectfully submit this preliminary and non-binding statement of issues:

1. Whether the Final Rule is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law, or is in excess of statutory jurisdiction, authority, or limitations, or short of statutory right, by including source categories not originally included or contemplated in the listing of source categories as previously determined by the EPA under Section 111(b) of the Clean Air Act (CAA), 42 U.S.C. § 7411(b);

2. Whether the Final Rule is arbitrary and capricious, an abuse of discretion, or otherwise not in accordance with law, or is in excess of statutory jurisdiction, authority, or limitations, or short of statutory right, by not preparing an independent endangerment finding for methane;

3. Whether the Final Rule is arbitrary and capricious, an abuse of discretion, or otherwise not in accordance with law, or is in excess of statutory jurisdiction, authority, or limitations, or short of statutory right, by establishing presumptive standards that States are effectively forced to adopt in implementing their own plans to govern existing emission sources and adopting other measures that deprive States of the discretion the Clean Air Act affords them;

4. Whether the Final Rule is arbitrary and capricious, an abuse of discretion, or otherwise not in accordance with law, or is in excess of statutory jurisdiction, authority, or limitations, or short of statutory right, by affording States only two years to submit implementation plans for new Clean Air Act Section 111(d) requirements, despite unrebutted evidence that States will not be able to meet that timeline;

5. Whether the Final Rule is in excess of statutory jurisdiction, authority, or limitations, or short of statutory right, by establishing a so-called "Super Emitter Program," which has no logical basis in the CAA; and

6. Whether the Final Rule is arbitrary and capricious, an abuse of discretion, or otherwise not in accordance with law because its Regulatory Impact Analysis relies upon the social cost of methane, a metric that has not been subject to public scrutiny, to impermissibly amplify the benefits of the Final Rule while understating the Final Rule's impacts.

Dated: April 15, 2024

Respectfully submitted,

| | |
|---|---|
| GENTNER DRUMMOND<br>  ATTORNEY GENERAL | PATRICK MORRISEY<br>  ATTORNEY GENERAL |
| */s/ Garry M. Gaskins, II*<br>Garry M. Gaskins, II<br> *Solicitor General*<br>Jennifer L. Lewis<br> *Deputy Attorney General* | */s/ Lindsay S. See*<br>Lindsay S. See<br> *Solicitor General*<br>Michael R. Williams<br> *Principal Deputy Solicitor General* |
| Office of the Attorney General of Oklahoma<br>313 NE Twenty-First St.<br>Oklahoma City, OK 73105<br>(405) 521-3921<br>garry.gaskins@oag.ok.gov<br>jennifer.lewis@oag.ok.gov<br><br>*Counsel for State of Oklahoma* | Office of the Attorney General of West Virginia<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, WV 25301<br>(304) 558-2021<br>lindsay.s.see@wvago.gov<br>michael.r.williams@wvago.gov<br><br>*Counsel for State of West Virginia* |

TIM GRIFFIN
  ATTORNEY GENERAL

/s/ *Nicholas J. Bronni*
Nicholas J. Bronni
  *Solicitor General*
Dylan Jacobs
  *Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007
Nicholas.Bronni@ArkansasAG.gov
Dylan.Jacobs@ArkansasAG.gov

*Counsel for State of Arkansas*

TREG TAYLOR
  ATTORNEY GENERAL

/s/ *Garrison Todd*
Garrison Todd
  *Assistant Attorney General*
Alaska Department of Law
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
(907) 269-5100
garrison.todd@alaska.gov

*Counsel for State of Alaska*

STEVE MARSHALL
ATTORNEY GENERAL OF ALABAMA

/s/ *Edmund G. LaCour Jr.*
Edmund G. LaCour Jr.
  *Solicitor General*
Office of the Attorney General of Alabama
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for Petitioner State of Alabama*

ASHLEY MOODY
  ATTORNEY GENERAL

/s/ *Henry C. Whitaker*
Henry C. Whitaker
  *Solicitor General*
James H. Percival
  *Chief of Staff*
Office of the Attorney General of Florida
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
henry.whitaker@myfloridalegal.com
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

CHRISTOPHER M. CARR
  ATTORNEY GENERAL

/s/ *Stephen J. Petrany*
Stephen J. Petrany
  *Solicitor General*
Office of the Attorney General of Georgia
40 Capitol Square, SW
Atlanta, GA 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for State of Georgia*


THEODORE E. ROKITA
  ATTORNEY GENERAL

/s/ *James A. Barta*
James A. Barta
  *Solicitor General*
Office of the Attorney General of Indiana
302 W. Washington St.
Indianapolis, IN 46204
(317) 232-0709
James.Barta@atg.in.gov

*Counsel for State of Indiana*


RAÚL R. LABRADOR
  ATTORNEY GENERAL

/s/ *Joshua N. Turner*
Joshua N. Turner
  *Chief of Constitutional Litigation and Policy*
Alan M. Hurst
  *Solicitor General*
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
(208) 334-2400
Josh.Turner@ag.idaho.gov
Alan.Hurst@ag.idaho.gov

*Counsel for State of Idaho*


BRENNA BIRD
  ATTORNEY GENERAL

/s/ *Eric H. Wessan*
Eric H. Wessan
  *Solicitor General*
Office of the Attorney General of Iowa
1305 E. Walnut Street
Des Moines, IA 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*

KRIS KOBACH
  ATTORNEY GENERAL

/s/ *Anthony J. Powell*
Anthony J. Powell
  *Solicitor General*
Kansas Attorney General's Office
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8539
anthony.powell@ag.ks.gov

*Counsel for State of Kansas*


LIZ MURRILL
  ATTORNEY GENERAL

/s/ *J. Benjamin Aguiñaga*
J. Benjamin Aguiñaga
  *Solicitor General*
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766
aguinagab@ag.louisiana.gov

*Counsel for State of Louisiana*


RUSSELL COLEMAN
  ATTORNEY GENERAL

/s/ *Matthew F. Kuhn*
Matthew F. Kuhn
  *Solicitor General*
Office of Kentucky Attorney General
700 Capital Avenue, Suite 118
Frankfort, KY 40601
(502) 696-5300
Matt.Kuhn@ky.gov

*Counsel for the Commonwealth of Kentucky*


LYNN FITCH
  ATTORNEY GENERAL

/s/ *Justin L. Matheny*
Justin L. Matheny
  *Deputy Solicitor General*
Office of the Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3825
justin.matheny@ago.ms.gov

*Counsel for State of Mississippi*

ANDREW BAILEY
  ATTORNEY GENERAL

/s/ *Joshua M. Divine*
Joshua M. Divine
  *Solicitor General*
Samuel C. Freedlund
  *Deputy Solicitor General*
Missouri Attorney General's Office
207 West High St.
Jefferson City, MO 65101
(573) 751-8870
Josh.Divine@ago.mo.gov
Samuel.Freedlund@ago.mo.gov

*Counsel for State of Missouri*

MICHAEL T. HILGERS
  ATTORNEY GENERAL

/s/*Grant D. Strobl*
Grant D. Strobl
  *Assistant Solicitor General*
Office of the Attorney General of Nebraska
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
Grant.Strobl@nebraska.gov

*Counsel for State of Nebraska*

AUSTIN KNUDSEN
  ATTORNEY GENERAL

/s/ *Christian B. Corrigan*
Christian B. Corrigan
  *Solicitor General*

Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
(406) 444-2026
christian.corrigan@mt.gov

*Counsel for State of Montana*

DREW H. WRIGLEY
  ATTORNEY GENERAL

/s/ *Philip Axt*
Philip Axt
  *Solicitor General*
Office of Attorney General of North Dakota
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
(701) 328-2210
pjaxt@nd.gov

*Counsel for State of North Dakota*

| | |
|---|---|
| DAVE YOST<br> ATTORNEY GENERAL | ALAN WILSON<br> ATTORNEY GENERAL |
| /s/ *T. Elliot Gaiser*<br>T. Elliot Gaiser*<br> *Solicitor General*<br> **Counsel of record*<br>Mathura J. Sridharan<br> *Deputy Solicitor General*<br>Ohio Attorney General's Office<br>30 E. Broad St., 17th Floor<br>Columbus, OH 43215<br>(614) 466-8980<br>Thomas.Gaiser@OhioAGO.gov<br><br>*Counsel for State of Ohio* | Robert D. Cook<br> *Solicitor General*<br>J. Emory Smith, Jr.<br> *Deputy Solicitor General*<br>Thomas T. Hydrick<br> *Assistant Deputy Solicitor General*<br><br>/s/ *Joseph D. Spate*<br>Joseph D. Spate<br> *Assistant Deputy Solicitor General*<br>Office of the Attorney General of South Carolina<br>1000 Assembly Street<br>Columbia, SC 29201<br>(803) 734-3371<br>josephspate@scag.gov<br><br>*Counsel for State of South Carolina* |
| JONATHAN SKRMETTI<br> ATTORNEY GENERAL AND REPORTER | SEAN D. REYES<br> ATTORNEY GENERAL |
| /s/ *Steven J. Griffin*<br>Steven J. Griffin<br> *Senior Counsel for Strategic Litigation and Assistant Solicitor General*<br>Tennessee Attorney General's Office<br>P.O. Box 20207<br>Nashville, TN 37202<br>(615) 741-3491<br>Steven.Griffin@ag.tn.gov<br><br>*Counsel for State of Tennessee* | /s/ *Christopher A. Bates*<br>Christopher A. Bates<br> *Deputy Solicitor General*<br>Utah Attorney General's Office<br>350 N. State Street, Suite 230<br>P.O. Box 142320<br>Salt Lake City, UT 84114-2320<br>(801) 538-9600<br>chrisbates@agutah.gov<br><br>*Counsel for State of Utah* |

JASON MIYARES
  ATTORNEY GENERAL

*/s/ Kevin M. Gallagher*
Kevin M. Gallagher
  *Principal Deputy Solicitor General*
Virginia Attorney General's Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for Commonwealth of Virginia*

BRIDGET HILL
  ATTORNEY GENERAL

*/s/ D. David DeWald*
D. David DeWald
  *Deputy Attorney General*
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
david.dewald@wyo.gov

*Counsel for State of Wyoming*

ARIZONA LEGISLATURE

WARREN PETERSEN
PRESIDENT OF THE ARIZONA STATE SENATE

By counsel:

*/s/ Brunn (Beau) W. Roysden III*
Brunn (Beau) W. Roysden III
(DC Cir. Bar No. 64493)
FUSION LAW, PLLC
7600 N. 15th St., Suite 150
Phoenix, Arizona 85020
beau@fusion.law
(602) 315-7545

*Counsel for President of the Arizona State Senate Warren Petersen*

BEN TOMA
SPEAKER OF THE ARIZONA HOUSE OF REPRESENTATIVES

By counsel:

*/s/ Brunn (Beau) W. Roysden III*
Brunn (Beau) W. Roysden III
(DC Cir. Bar No. 64493)
FUSION LAW, PLLC
7600 N. 15th St., Suite 150
Phoenix, Arizona 85020
beau@fusion.law
(602) 315-7545

*Counsel for Speaker of the Arizona House of Representatives Ben Toma*

11

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to Fed. R. App. P. 25(c), that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

Dated: April 15, 2024

/s/ Garry M. Gaskins, II
Garry M. Gaskins, II
