# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, et al.,<br>*Petitioners*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br>*Respondents*. | Case No. 24-1054<br>**(**consolidated with 24-1059) |

**UNOPPOSED MOTION FOR EXTENSION OF RESPONSE DEADLINE**

Respondents, United States Environmental Protection Agency, and Michael Regan, EPA Administrator (collectively "EPA"), respectfully request a 14-day extension of the deadline for all parties to respond to the Motion for Stay filed in Case No. 24-1059 (Doc. 2049412). The petitioners in that case, 24 states and one state legislature ("Movant Petitioners"), do not oppose the relief requested. In support of this motion, EPA states as follows:

1. The petitioners in these consolidated cases challenge EPA's rule titled "Standards of Performance for New, Reconstructed, and Modified Sources and Emissions Guidelines for Existing Sources: Oil and Natural Gas Sector Climate Review," 89 Fed. Reg. 16,820 (Mar. 8, 2024) ("Rule").

2. On March 8, the State of Texas filed a petition for review of the Rule. Doc. 2044039. Movant Petitioners filed their petition for review on March 12. Doc. 2045175. The cases were consolidated. Doc. 2045181. On April 12, 2024, Movant Petitioners filed their motion to stay the Rule. Doc. 2049412.

3. Movant Petitioners filed their motion on Friday evening, April 12th, so a response would otherwise be due Monday, April 22nd. But two counsel at the Department of Justice have previously scheduled travel three days this workweek (April 17–19 for Mr. Lynk and Mr. Coghlan), and the third is in merits briefing on another case before this Court (Ms. Kolman). Accordingly, additional time is necessary to respond to Movant Petitioners' motion (which, with supporting declarations, runs more than 400 pages), as well as for necessary client agency and management review within both EPA and the Department of Justice.

4. For these reasons, EPA requests that the deadline for all parties to respond to Movant Petitioners' Motion to Stay be extended by 14 days, until May 6, 2024.

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources
Division

Dated: April 16, 2024

/s/ Andrew S. Coghlan
CHLOE KOLMAN

2

Senior Attorney for Litigation Policy and Strategy
BRIAN LYNK
Senior Trial Counsel
ANDREW S. COGHLAN
Trial Attorney
Environmental Defense Section
P.O. Box. 7611
Washington, D.C. 20044
(202) 598-3559 (Kolman)
(202) 514-6187 (Lynk)
(202) 532-3252 (Coghlan)
Chloe.kolman@usdoj.gov
Brian.Lynk@usdoj.gov
Andrew.Coghlan@usdoj.gov

*Counsel for Respondents*

# CERTIFICATE OF COMPLIANCE

I hereby certify that this filing complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, a proportionally spaced font. I further certify that this Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 286 words, excluding the parts of the motion exempted under Fed. R. App. P. 32(f), according to the count of Microsoft Word.

/s/ Andrew S. Coghlan
Counsel for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Unopposed Motion for Continued Abeyance have been served through the Court's CM/ECF system on all registered counsel this 16th day of April, 2024.

/s/ Andrew S. Coghlan
Counsel for Respondents