ORAL ARGUMENT NOT YET SCHEDULED

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                                )
STATE OF TEXAS, et al.,                         )
                                                )
                    Petitioners,    )
                                                )
v.                                              )   No. 24-1054
                                                )   (and consolidated cases)
UNITED STATES ENVIRONMENTAL                     )
PROTECTION AGENCY, et al.,                      )
                                                )
                    Respondents.    )
_____)

## RESPONDENTS' OPPOSITION TO
## CONTINENTAL'S MOTION FOR LEAVE TO FILE REPLY

Respondents ("EPA") oppose the May 10, 2024 motion by intervenor Continental Resources, Inc., ECF#2053927, for leave to file a "reply" addressing EPA's forthcoming reply.

On April 12, 2024, certain petitioners moved to stay the challenged EPA rule pending judicial review. ECF#2049412. On May 6, 2024, EPA filed a response in opposition to the stay motion. ECF#2053091. Also filed later that day was a "response in support" of the stay motion by Continental. ECF#2053097. Continental's filing improperly raised new issues beyond the scope of the motion and added a fourteen-page declaration. *Id.* On May 8, 2024, EPA stated its intent to file a reply to address the new issues raised by Continental's filing and moved for four days' additional time to do so. ECF#2053471. That motion remains pending.

EPA is entitled to reply to Continental's "response in support," which raises new arguments and presents new evidence that EPA has not had a chance to address. The rules allow the filing of "[a]ny reply to a response." Fed. R. App. P. 27(a)(4); *see also* D.C. Cir. Handbook of Practice and Internal Procedures 29.

The Court should deny Continental's request to extend the briefing beyond that. For reasons Continental does not attempt to explain, it chose not to file a stay motion of its own; had it done so, Continental would have been entitled to a reply in support of that motion. But Continental is not entitled to a "reply" in support of the *response* it filed in support of other parties' stay motion. Continental's request is in fact a request for a sur-reply on the stay motion, and sur-replies are "generally disfavored," *Kiewit Power Constructors v. Sec'y of Lab.*, 959 F.3d 381, 393 (D.C. Cir. 2020). And the stay movants will have ample opportunity to defend the merits of their pending motion on reply. Continental, as a non-movant, has not justified a need for a sur-reply. Nor could it, where EPA has not yet even filed its reply. Continental's request, which is based on speculation about EPA's forthcoming filing, is at a minimum premature—and, additionally, unjustified.

Respectfully submitted,

TODD KIM
Assistant Attorney General

*/s/ Tsuki Hoshijima*
CHLOE H. KOLMAN
BRIAN H. LYNK

ANDREW S. COGHLAN
TSUKI HOSHIJIMA
U.S. Department of Justice
Environment and Natural Resources
 Division
P.O. Box 7611
Washington, D.C. 20044
(202) 532-3285
tsuki.hoshijima@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts of the document exempted by Rule 32(f), it contains 355 words. This document complies with the typeface and type-style requirements of Rule 32(a)(5) and (6) because it was prepared in a proportionately spaced typeface using Microsoft Word in Times New Roman fourteen-point font.

/s/ Tsuki Hoshijima

## CERTIFICATE OF SERVICE

On May 13, 2024, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ Tsuki Hoshijima