# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1059**  September Term, 2023

EPA-89FR16820

Filed On: May 13, 2024

State of Oklahoma, et al.,

      Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, United
States Environmental Protection Agency,

      Respondents

------------------------------

Commonwealth of Pennsylvania, et al.,
      Intervenors
------------------------------

Consolidated with 24-1054

    **BEFORE:**    Wilkins, Childs, and Pan, Circuit Judges

## O R D E R

    Upon consideration of the motion for extension of time to file a reply and the opposition thereto, and the motion for leave to file a reply and the opposition thereto, it is

    **ORDERED** that any replies addressing the motion for a stay are now due May 17, 2024, and any response by intervenor Continental Resources, Inc. to a reply by respondents is due May 22, 2024.

### Per Curiam

            **FOR THE COURT:**
            Mark J. Langer, Clerk

      BY:    /s/
            Emily Campbell
            Deputy Clerk