**No. 24-1054**            **September Term, 2023**

EPA-89FR16820

Filed On: July 9, 2024

State of Texas, et al.,

    Petitioners

    v.

Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency,

    Respondents

------------------------------

Continental Resources Inc., et al.,
    Intervenors

------------------------------

Consolidated with 24-1059, 24-1101, 24-1103, 24-1111, 24-1114, 24-1115, 24-1116, 24-1117, 24-1118

    **BEFORE:**    Katsas, Rao, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motions for stay pending appeal, the responses thereto, and the replies, it is

**ORDERED** that the motions for stay be denied. Petitioners have not satisfied the stringent requirements for a stay pending court review. See <u>Nken v. Holder</u>, 556 U.S. 418, 434 (2009); <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 33 (2021).

**Per Curiam**

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                         BY:    /s/
                                    Lynda M. Flippin
                                    Deputy Clerk