# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-1054**                                    **September Term, 2024**

**EPA-89FR16820**

**Filed On: June 24, 2025** [2122177]

State of Texas, et al.,

        Petitioners

     v.

Environmental Protection Agency and Lee
M. Zeldin, Administrator, United States
Environmental Protection Agency,

        Respondents

------------------------------

Continental Resources Inc., et al.,
               Intervenors

------------------------------

Consolidated with 24-1059, 24-1101,
24-1103, 24-1111, 24-1114, 24-1115,
24-1116, 24-1117

## O R D E R

Upon consideration of the government's motion to govern further proceedings, it is

**ORDERED** that the motion be granted, and these cases continue to remain in abeyance pending further order of the court.

The Environmental Protection Agency is directed to file status reports at 90-day intervals beginning September 22, 2025, and at 90-days intervals thereafter.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the agency proceedings.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk