# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| State of Texas, et al., | No. 24-1054 and consolidated cases |
| Petitioners, | |
| v. | |
| U.S. Environmental Protection Agency and Lee Zeldin, in his capacity as Administrator, U.S. Environmental Protection Agency, | |
| Respondents. | |

## Status Report

As ordered by the Court on June 24, 2025, EPA provides this status report.

Petitioners seek review of EPA's action, "Standards of Performance for New, Reconstructed, and Modified Sources and Emissions Guidelines for Existing Sources: Oil and Natural Gas Sector Climate Review," 89 Fed. Reg. 16820 (Mar. 8, 2024). That rule sets performance standards for several subcategories of new oil and gas sources that emit methane and volatile organic compounds, as well as emission guidelines for states to regulate existing oil and gas sources that emit methane. The challenged rule is codified at 40 CFR Part 60, Subparts OOOOb and OOOOc.

This Court granted EPA's unopposed motion to put these cases into abeyance for 120 days so that the agency can brief new administration officials about this matter. Order (Feb. 11, 2025). The Court extended the abeyance pending further order, directed EPA to file status reports every 90 days, and ordered the parties to file motions to govern within 30 days of completion of agency proceedings. Order (June 24, 2025).

In March 2025, EPA announced that it is reconsidering the challenged rule. *See* https://www.epa.gov/newsreleases/trump-epa-announces-oooo-bc-reconsideration-biden-harris-rules-strangling-american. EPA's reconsideration is ongoing.

Respectfully submitted on September 23, 2025.

/s/ Daniel R. Dertke
Daniel R. Dertke
U.S. Department of Justice
Environment & Natural Resources
Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-3155
Daniel.Dertke@usdoj.gov

**Certificate of Service**

I certify that on September 23, 2025, I filed this notice using the Court's

CMS/ECF system, which will notify each party.

_/s/ Daniel R. Dertke_
Daniel R. Dertke
